JUNE D. COLEMAN, State Bar No. 191890
*jcoleman@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant PERFORMANT RECOVERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA CHRISTINE SMITH, an individual, on behalf of herself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERFORMANT RECOVERY, INC., a California corporation,<br><br>Defendant. | Case No. 3:16-cv-00179-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT CLASS DISCOVERY AND DEADLINES FOR CLASS CERTIFICATION MOTION**<br><br>The Hon. William H. Orrick<br><br>Trial Date:         TBD |

The parties jointly apply for an order modifying the April 12, 2016 Scheduling Order in accordance with Federal Rule of Civil Procedure 16(b)(4). It is hereby stipulated by both Plaintiff ANDREA CHRISTINE SMITH and Defendant PERFORMANT RECOVERY, INC., through their respective counsel of record, the following:

1)   The parties are conducting a private mediation on August 9, 2016, and want to delay depositions related to class discovery until after the mediation is conducted.

2)   If the parties fail to reach a settlement during the August 9, 2016 mediation, Plaintiff's counsel intends to associate in another counsel to address class issues.

3)   If the parties fail to reach a settlement during the August 9, 2016 mediation, Plaintiff will be deposed on August 10, 2016.

4)   Good cause exists to extend the Deadline to conduct class discovery from August

7, 2016, to August 22, 2016.

    5)    Good cause exists to extend the deadline to file and respond to a Motion for Class Certification as follows:

- Deadline to File Motion for Class Certification moves from September 7, 2016, to September 21, 2016
- Deadline to File Opposition to Motion for Class Certification moves from September 28, 2016, to October 12, 2016
- Deadline to File Reply Brief in Support of Motion for Class Certification moves from October 5, 2016, to October 19, 2016
- Hearing Date for Motion for Class Certification and Subsequent Case Management Conference moves from October 19, 2016, to November 2, 2016

Federal Rule of Civil Procedure 16(b)(4) provides that a court may modify a scheduling order for good cause. Here, the parties have agreed to extend class discovery by two weeks to allow the parties to mediate prior to the expense of depositions. The mediator's earliest availability was in August, and therefore, the mediation could not have been scheduled earlier, especially given defense counsel's health issues. Incurring the expense of further discovery prior to the mediation to meet the class discovery deadline could inhibit the ability of the parties to settle this matter. Discovery has been slower than anticipated, in part because of defense counsel's health issues. The dates associated with the Motion for Class Certification should also be extended an additional 2 weeks to reflect the additional time extended for class discovery.

This Court has granted one other request for continuance to extend the deadline to conduct the mediation to accommodate the health issues of defense counsel. The parties have not delayed in seeking this extension, especially since the Court's Order was issued a few days before defense counsel's emergency surgery and defense counsel recently returned to her office from disability leave.

For these reasons, the parties jointly request that the Court adopt the following deadlines:

- Close of Class Discovery     August 22, 2016
- Deadline to File Motion for Class Certification     September 21, 2016
- Deadline to File Opposition to Motion for Class Certification     October 12, 2016
- Deadline to File Reply Brief for Motion for Class Certification     October 19, 2016

| | | |
|---|---|---|
| • Hearing Date for Motion for Class Certification | | November 2, 2016 |
| • and Subsequent Case Management Conference | | November 2, 2016 |

Dated: July 25, 2016

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By:    /s/ June D. Coleman
      June D. Coleman
      Attorneys for Defendant PERFORMANT
      RECOVERY, INC.

Dated: July 26, 2016

GESUND & PAILET, LLC

By:    /s/ Keren E. Gesund
      Keren E. Gesund
      Attorneys for Plaintiff ANDREA CHRISTINE
      SMITH

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT the scheduling order be amended as follows:

| | |
|---|---|
| • Close of Class Discovery | August 22, 2016 |
| • Deadline to File Motion for Class Certification | September 21, 2016 |
| • Deadline to File Opposition to Motion for Class Certification | October 12, 2016 |
| • Deadline to File Reply Brief for Motion for Class Certification | October 19, 2016 |
| • Hearing Date for Motion for Class Certification | November 2, 2016 |

1 • and Subsequent Case Management Conference                                November 2, 2016

2         IT IS SO ORDERED.

3 DATED:  July 26         , 2016

_____
HON. WILLIAM H. ORRICK