1  KEREN E. GESUND, ESQ.
   Cal. Bar No. 253242
2  **GESUND & PAILET, LLC**
3  3421 N. Causeway Blvd
   Suite 805
4  Metairie, LA 70002
   Tel: (702) 300-1180
5  Fax: (702) 851-2189
   keren@gp-nola.com
6  *Attorneys for Plaintiffs*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 ANDREA CHRISTINE SMITH, an individual,    Case No.:  16-cv-00179-WHO
   on behalf of herself and those similarly situated;
11
12          Plaintiffs,
                                              **NOTICE OF PENDING SETTLEMENT**
13 vs.

14 PERFORMANT RECOVERY, INC., a
   California corporation,
15
            Defendant.
16

17

18 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19      Notice is hereby given that Plaintiff ANDREA CHRISTINE SMITH and Defendant

20 PERFORMANT RECOVERY, INC. have reached a settlement and are in the process of drafting

21 and executing documents to that effect.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                         - 1 -

The parties anticipate that a request for dismissal of Defendant PERFORMANT RECOVERY, INC. will be filed within the next thirty (30) days.

DATED this 19th day of August 2016.

**GESUND & PAILET, LLC**

*/s/ Keren E. Gesund, Esq.*
KEREN E. GESUND, ESQ.
Cal. Bar No. 253242
**GESUND & PAILET, LLC**
3421 N. Causeway Blvd
Suite 805
Metairie, LA 70002
Tel: (702) 300-1180
Fax: (702) 851-2189
keren@gp-nola.com
*Attorneys for Plaintiffs*