KEREN E. GESUND, ESQ.
Cal. Bar No. 253242
**GESUND & PAILET, LLC**
3421 N. Causeway Blvd
Suite 805
Metairie, LA 70002
Tel: (702) 300-1180
Fax: (702) 851-2189
keren@gp-nola.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CHRISTINE SMITH, an individual, on behalf of herself and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC., a California corporation,<br><br>Defendant. | Case No.:  16-cv-00179-WHO<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ANDREA CHRISTINE SMITH, by and through undersigned counsel of record, and Defendant PERFORMANT RECOVERY, INC., by and through undersigned counsel of record, pursuant to 41(a)(1)(A)(ii), that the above-captioned matter may

/ / /

/ / /

/ / /

/ / /

1    be dismissed in its entirety, WITH PREJUDICE, with each party to bear its own attorney's fees

2    and costs.

3         DATED this 1st day of November, 2016          DATED this 1st day of November, 2016

4
         GESUND & PAILET, LLC                           KRONICK, MOSKOVITZ, TIEDEMANN
5                                                       & GIRARD

6         By: */s/ Keren E. Gesund, Esq.*               By: */s/ June D. Coleman, Esq.*
7             KEREN E. GESUND, ESQ.                          JUNE D. COLEMAN, ESQ.
              Cal. Bar No. 253242                           Cal. Bar No. 191890
8             3421 N. Causeway Blvd                         400 Capitol Mall, 27th Floor
              Suite 805                                     Sacramento, CA 95814
9             Metairie, LA 70002                            Telephone: (916) 321-4500
              Telephone: (702) 300-1180                     Facsimile: (916) 321-4555
10            Facsimile: (702) 851-2189                     *Attorney for Defendant*
11            *Attorney for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28